RCK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | |
| **16 SOUTH FREDERICK STREET,** * | |
| **BALTIMORE, MARYLAND 21202,** with * | Civil No._____ |
| all buildings, appurtenances, * | |
| and improvements thereon, * | |
| and * | |
| **CONTENTS OF BANK OF AMERICA** * | |
| **CHECKING ACCOUNT 003928151148,** * | |
| Defendants. * | |

...oooOooo...

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, through undersigned counsel, seeking forfeiture of the defendant property:

**16 South Frederick Street, Baltimore, Maryland 21202, with all buildings, appurtenances, and improvements thereon; and**

**Contents of Bank of America checking account number 003928151148;**

hereinafter referred to as "defendant property," respectfully presents to the Court the following:

1. This Court has jurisdiction over this forfeiture action pursuant to 28 U.S.C. sections 1345 and 1355, and 18 U.S.C. section 981(a)(1)(A).

2. Venue is proper in this Court pursuant to 28 U.S.C. section 1395(b).

3. The defendant consists of real property, buildings, appurtenances, and improvements thereon, known as **16 South Frederick Street, Baltimore, Maryland 21202, with all buildings, appurtenances, and improvements thereon**, and the **Contents of Bank of America checking account number 003928151148**.

4. Land records for **Baltimore City** indicate that **16 South Frederick Street, Baltimore, Maryland 21202**, is owned by MOJO Holdings, LLC, and bank records indicate that **Bank of America checking account number 003928151148** is owned by Morgan-Jones LLC, T/A Jones Industrial Network.

5. The defendant property, the bank account and the real property, constitutes property involved in money laundering transactions in violation of 18 U.S.C. section 1956, and is subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A). The defendant property also constitutes or is derived from proceeds traceable to violations of 8 U.S.C. section 1324, and, therefore, should be forfeited to the United States of America pursuant to 18 U.S.C. section 981(a)(1)(C).

6. Such forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Shauna L. Willard, Special Agent with Immigration and Customs Enforcement, which is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays as follows:

1. That any persons having an interest in the above-

described defendant property be cited to appear herein and answer the Complaint;

2. That the Department of Homeland Security for the District of Maryland be authorized to post notice of the pendency of this civil forfeiture case at the defendant real property, and that the Court issue a seizure warrant as to the vehicle;

3. That Judgment of Forfeiture be decreed against the defendant property;

4. That upon Final Decree of Forfeiture, the Department of Homeland Security dispose of the defendant property according to law; and

5. That the plaintiff have such other and further relief as the case may require.

> Respectfully submitted,
>
> Rod J. Rosenstein
> United States Attorney
>
> _____
> Richard C. Kay
> Assistant United States Attorney
> 36 South Charles Street
> Fourth Floor
> Baltimore, Maryland 21201
> Telephone: (410) 209-4850
> Bar No. 06766

**VERIFICATION**

I, Richard C. Kay, declare under penalty of perjury as provided by 28 U.S.C. section 1746, that the foregoing Complaint

to me by Immigration and Customs Enforcement, and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Richard C. Kay
Assistant United States Attorney

**Declaration in Support of Forfeiture**

I. **Purpose**

This declaration is submitted in support of a complaint for judicial forfeiture pertaining to the following real property owned by MOJO Holdings, LLC:

**16 South Frederick Street, Baltimore, Maryland 21202;**

and the contents of the following bank account owned by Jones Industrial Network:

**Bank of America checking account number 003928151148.**

I submit that the bank account and the real property constitutes property involved in money laundering transactions in violation of 18 U.S.C. section 1956, and is subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A).

II. **Declarant**

I, Shauna L. Willard, am a Special Agent with Immigration and Customs Enforcement (ICE) for the U.S. Department of Homeland Security. I work at the ICE Special Agent in Charge (SAC) office in Baltimore, Maryland. I have been a Special Agent with ICE for three years, and have received specialized training concerning the harboring of illegal aliens and concerning money laundering, and I have participated in investigations of these offenses .

III. **Facts**

The following is based on information from confidential informants, government databases, and employees of Jones Industrial Network (Jones) who have been arrested for violations of the Immigration and Naturalization Act. During the past three years at least, Jones hired numerous illegal aliens who were placed as temporary employees throughout the greater Baltimore area. Jones then billed the client companies for these services and deposited the payments received into the Jones bank account.

On August 28, 2006, a reliable Confidential Informant (CI-3), who I know to be an alien not authorized to be in or to work in the United States, was employed for one day

and received a paycheck from Jones Industrial Network drawn on Bank of America checking account number **003928151148**. Bank records indicate that Jones made routine monthly payments from this account to MOJO Holdings, LLC, the company that owns the building at 16 S. Frederick Street. These payments were deposited into the MOJO Holdings Bank of America account number **003928961817**.

Bank records also indicate that MOJO Holdings made a routine monthly payment of the mortgage from the MOJO account to pay the mortgage on the building. Based on bank records, this MOJO Holdings bank account is used solely to pay the mortgage and for maintenance of the building.

Based on training and experience, I know that the knowing placement of illegal aliens in temporary employment constitutes harboring of aliens in violation of 8 U.S.C. section 1324, which is a specified unlawful activity as defined in 18 U.S.C. section 1956. I also know that the use of the proceeds of such harboring to make financial transactions such as the movement of funds from the Jones account to the MOJO Holdings account and then movement of the funds to pay the mortgage constitute money laundering transactions because they promote the carrying on of the harboring by Jones. I also know that property involved in such transactions, including the Jones account and the real property located at 16 South Frederick Street, is subject to forfeiture pursuant to 18 U.S.C. section 981.

### IV.   Conclusion

Based upon the foregoing, I submit that the bank account and the real property identified in paragraph I above constitutes property involved in money laundering transactions in violation of 18 U.S.C. section 1956, and is subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 6, 2007              *[signature]*
Date                       Shauna L. Willard
                           ICE Special Agent

# M E M O R A N D U M

DATE:      April 6, 2007

TO:        Tracey Roy/Paula Rigby
           ICE

FROM:      Richard C. Kay
           Assistant U. S. Attorney

RE:        U.S. v. 16 South Frederick Street
           <u>Civil Action No.</u>

The United States has filed a forfeiture action against 16 South Frederick Street, Baltimore, Maryland. A copy of the Complaint for Forfeiture is attached.

Also attached is a Notice of Complaint for Forfeiture for publication in the Baltimore Sun, or a newspaper of general circulation in Baltimore City, where the property is located, pursuant to Supplemental Rule C(4) for Certain Admiralty and Maritime Claims.

Also attached is a Process Receipt and Return requesting that the Immigration and Customs do the following:

(1) Post <u>Notice of Complaint For Forfeiture</u> on the defendant real property, and

(2) Serve a copy of the Notice and a copy of the Verified Complaint for Forfeiture on the owner of the defendant real property.

**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

NOTICE IS HEREBY GIVEN that a civil complaint seeking forfeiture pursuant to 18 U.S.C. Section 981 was filed on _____, 2007, in the United States District Court for the District of Maryland by the United States of America, plaintiff, against the real property located at **16 South Frederick Street, Baltimore, Maryland**, the **Civil Docket number** _____. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

In order to avoid forfeiture of the property, any person claiming an interest in the defendant real property must file a claim asserting that interest, in the manner set forth in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and the Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the complaint or, as applicable, not later than 30 days after the date of final publication of this notice.  In addition, any person having filed such a claim shall also file an answer to the complaint not later than 20 days after the filing of the claim.

Claims should be filed with the Clerk of the Court, U.S. District Court for the District of Maryland, with a copy thereof sent to Richard C. Kay, Assistant United States Attorney, 36 S. Charles Street, Fourth floor, Baltimore, Maryland 21201.

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>16 SOUTH FREDERICK STREET | TYPE OF PROCESS<br>Verified Complaint in Rem |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Talma Deleon and Dunia Lopez |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>1919 Saratoga Drive, Hyattsville, Maryland  20783 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>LaTonia Kelly, Paralegal Specialist<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th floor<br>Baltimore, Maryland  21201 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Post Notice on property premises and insert date into Notice of Forfeiture Action that will be published.  Fill in the date of arrest in this process receipt and return our copy.

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>[  ] Defendant | Telephone No.<br>(410) 209-4800 | Date<br>Apr 6, 2007 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [  ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [  ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [  ] AM<br>[  ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY.  Retain Copy #5 for your file.*